BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA T. PLETCHER
RICHARD B. COHEN
TAI MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6727

FILED
AUG 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT ROSE, )<br>)<br>Defendant. )<br>_____) | No. S-11-CR-0292 EJG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RESETTING DATE FOR ENTRY<br>OF PLEA |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

On July 13, 2011, the United States Attorney filed an Information charging defendant Robert Rose with one count each of (1) bid rigging, in violation of Title 15, United States Code, Section 1, and (2) Conspiracy to Commit Mail Fraud, in violation of Title 18, United States Code, Section 1349. On July 13, 2011, the Hon. Edward J. Garcia ordered the Rose case related to the matter of

1

1  United States v. Ghio, Cr. S-10-0144 EJG, and other cases. Based on
2  representations of the government concerning availability of the
3  parties, the Court ordered the Rose matter be set for initial
4  appearance and entry of plea on August 12, 2011, at
5  10 a.m..

   Due to an issue that arose as the Court issued its order, the
   August 12 date became unavailable for defense counsel. Accordingly,
   the parties now respectfully request that the Rose matter be **re-set
   for initial appearance and entry of plea on September 23, 2011, at
   10 a.m..** This date is agreeable to all parties. Moreover, Colleen
   Lydon, Courtroom Deputy and Judicial Assistant to the Court, has
   indicated that this is an available day and time.

   Dated: 8/9/11                        Respectfully Submitted,

                                        Benjamin B. Wagner
                                        United States Attorney

                                        /s/ Russell L. Carlberg
                                   By:  RUSSELL L. CARLBERG
                                        Assistant U.S. Attorney

                                        Christine A. Varney
                                        Assistant Attorney General

                                        /s/ Anna Pletcher
                                   By:  ANNA T. PLETCHER
                                        RICHARD B. COHEN
                                        TAI MILDER
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Antitrust Division

|   |   |
|---|---|
| 1 |   |
| 2 | /s/ Mary Kelly Persyn* |
| 3 | Ismail Ramsey |
|   | Mary Kelly Persyn |
| 4 | Attorneys for Defendant Robert Rose |

### [PROPOSED] ORDER

For the reasons stated above, it is hereby ordered that the initial appearance and entry of plea for defendant Robert Rose, currently set for August 12, 2011, is vacated.

Defendant Rose's initial appearance and entry of plea are ordered re-set for September 23, 2011, at 10 a.m., in Courtroom #8, 13th Floor, and the defendant is ordered to appear.

IT IS SO ORDERED.

8/9/11

HON. EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

*Signed with permission of counsel via email.

3