BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-11-0292 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| ROBERT ROSE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Rose is currently set to appear before the Court for a status conference regarding judgment and sentencing on April 20, 2012.  Mr. Rose, however, may be called as a witness at the trial of several co-conspirators.  In this related case, United States v. Chandler, et al., Cr. No. S-11-511 EJG, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore

1

1 Longley, are scheduled for a status conference on April 27, 2012.

2 The government will not be able to fully determine its sentencing recommendation for Mr. Rose until after a trial in the related case.  Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for Mr. Rose that is currently set for April 20, 2012 be continued to July 13, 2012. The United States Probation Office agrees with this approach.

It is anticipated that at that time, the parties will be in a better position to request a judgment and sentencing date and disclosure schedule for the presentence report.

```
 Dated: March 29, 2012              Respectfully Submitted,

                                    Benjamin B. Wagner
                                    United States Attorney

                                By:  s/Russell Carlberg*
                                    RUSSELL L. CARLBERG
                                    Assistant U.S. Attorney


                                    Sharis A. Pozen
                                    Acting Assistant Attorney
                                    General

                                By:  s/Tai Milder
                                    ANNA TRYON PLETCHER
                                    TAI S. MILDER
                                    Trial Attorneys
                                    U.S. Department of Justice
                                    Antitrust Division


                                By:  s/Ismail Ramsey*
                                    ISMAIL RAMSEY
                                    Counsel for Defendant
```

*Signed with permission.

ORDER

For the reasons stated above, the Court reschedules the status conference regarding judgment and sentencing to July 13, 2012.

DATED: March 29, 2012

IT IS SO ORDERED.

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE