1   ANNA TRYON PLETCHER (Cal. Bar No. 239730)
    TAI S. MILDER (Cal. Bar No. 267070)
2   MAY LEE HEYE (Cal. Bar No. 209366)
    KELSEY C. LINNETT (Cal. Bar No. 274547)
3   Trial Attorneys
    U.S. Department of Justice
4   Antitrust Division
    450 Golden Gate Avenue, Room 10-0101
5   San Francisco, California 94102-3478
    Telephone: (415) 436-6660
6



FILED

NOV 05 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      No. 2:10-CR-0144 EJG

12                  Plaintiff,

13          v.

14  ANTHONY B. GHIO,

15                  Defendant.

16  _____

17  UNITED STATES OF AMERICA,      No. 2:10-CR-0238 EJG

18                  Plaintiff,

19          v.

20  THEODORE B. HUTZ,

21                  Defendant.

22  _____

23  UNITED STATES OF AMERICA,      NO. 2:10-CR-0239 EJG

24                  Plaintiff,

25          v.

26  JOHN R. VANZETTI,

27                  Defendant.

28

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0038 EJG |
| Plaintiff, | |
| v. | |
| RICHARD W. NORTHCUTT, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0039 EJG |
| Plaintiff, | |
| v. | |
| YAMA MARIFAT, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0090 EJG |
| Plaintiff, | |
| v. | |
| GREGORY L. JACKSON, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: 2:11-CR-0291 EJG |
| Plaintiff, | |
| v. | |
| WALTER DANIEL OLMSTEAD, | |
| Defendant. | |

| UNITED STATES OF AMERICA, | NO. 2:11-CR-0292 EJG |
|---|---|
| Plaintiff, | |
| v. | |
| ROBERT ROSE, | |
| Defendant. | |

| UNITED STATES OF AMERICA, | No. 2:11-CR-0492 EJG |
|---|---|
| Plaintiff, | |
| v. | |
| KENNETH A. SWANGER, | |
| Defendant. | |

| UNITED STATES OF AMERICA, | No. 2:11-CR-511 EJG |
|---|---|
| Plaintiff, | |
| v. | |
| WILEY C. CHANDLER, | |
| Defendant. | |

## STIPULATION AND [PROPOSED] ORDER
### TO CONTINUE STATUS CONFERENCES

The defendants in the above-entitled cases, Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler, are on the Court's calendar for status conferences on November 9, 2012.

These individuals, however, may be called as witnesses at the trial of several co-conspirators.  In this related case, United States v. Katakis, et al., Cr. No. S-11-511 EJG, four

defendants, Andrew B. Katakis, Donald M. Parker, Anthony B.
Joachim, and W. Theodore Longley, are on the Court's calendar
for a trial commencing on November 4, 2013.

The government will not be able to fully determine its
sentencing recommendation for defendants Ghio, Hutz, Vanzetti,
Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, and
Chandler until after a trial in the related case.  Therefore,
per agreement with defense counsel, it is respectfully requested
that the status conference for these individuals that is
currently set for **November 9, 2012** be continued to **December 20,
2013** at 10:00 a.m.  The United States Probation Office is in
accord with this approach.  It is anticipated that at that time,
the parties will be in a better position to request dates for
judgment and sentencing and disclosure schedules for presentence
reports.

Dated: November 2, 2012                    Respectfully submitted,


                                           /s/ Tai S. Milder
                                           Anna Tryon Pletcher
                                           Tai S. Milder
                                           May Lee Heye
                                           Kelsey C. Linnett
                                           Trial Attorneys
                                           U.S. Department of Justice
                                           Antitrust Division

                                           /s/ Micheal S. Thorman *
                                           MICHEAL S. THORMAN
                                           Counsel for Anthony Ghio

                                           /s/ Kresta Nora Daly *
                                           KRESTA NORA DALY
                                           Counsel for Theodore B. Hutz


4

/s/ Christopher H. Wing *
CHRISTOPHER H. WING
Counsel for John R. Vanzetti

/s/ Doron Weinberg *
DORON WEINBERG
Counsel for Richard W.
Northcutt

/s/ Richard Tamor *
RICHARD TAMOR
Counsel for Yama Marifat

/s/ Donald H. Heller *
DONALD H. HELLER
Counsel for Gregory L.
Jackson

/s/ Carl M. Fallen *
CARL M. FALLEN
Counsel for Walter Daniel
Olmstead

/s/ Ismael Ramsey *
ISMAEL RAMSEY
Counsel for Robert Rose

/s/ William J. Portonova *
WILLIAM J. PORTONOVA
Counsel for Kenneth A.
Swanger

/s/ Jeffrey L. Bornstein *
JEFFREY L. BORNSTEIN
Counsel for Wiley C. Chandler

* Signed with permission.

1                              ~~[PROPOSED]~~ ORDER

2          For the reasons stated above, the Court continues the

3     status conferences regarding judgment and sentencing for

4     defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti,

5     Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter

6     Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C.

7     Chandler from **November 9, 2012** to **December 20, 2013**.

8          IT IS SO ORDERED.

9     DATE:   11/5/12

10                                        _____
                                          HON. EDWARD J. GARCIA
11                                        UNITED STATES SENIOR DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28