ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ROSE,<br><br>　　　　Defendant. | Case No. 2:11-CR-0292-WBS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER SETTING HEARING FOR JUDGMENT AND SENTENCING**<br><br>Judge: Hon. William B. Shubb<br>Place: Courtroom 5 |

## STIPULATION

The defendant in the above-entitled case is on the Court's calendar for a status conference on April 7, 2014.  The parties are now prepared to proceed to judgment and sentencing in this case.  Therefore, the parties respectfully request that the Court vacate the **April 7, 2014** status conference, and instead set a hearing for judgment and sentencing on **September 8, 2014** at 9:30 a.m.  The United States Probation Office is in accord with this approach.

///

///

///

///

UNITED STATES' STIP. AND PROPOSED ORDER

1

IT IS SO STIPULATED.

Dated:      March 31, 2014                    Respectfully submitted,

/s/ Tai Milder
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division


/s/ Ismail Ramsey*
ISMAIL RAMSEY
Counsel for Robert Rose

*Signed with permission

### ORDER

The Court hereby vacates the status conference for defendant Robert Rose set for **April 7, 2014**, and sets a hearing for judgment and sentencing on **September 8, 2014 at 9:30 a.m.**

IT IS SO ORDERED.

Dated:  March 31, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE