ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0144 WBS |
| Plaintiff, | |
| v. | |
| ANTHONY B. GHIO, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:10-CR-0238 WBS |
| Plaintiff, | |
| v. | |
| THEODORE B. HUTZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | NO. 2:10-CR-0239 WBS |
| Plaintiff, | |
| v. | |
| JOHN R. VANZETTI, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0038 WBS |
| Plaintiff, | |
| v. | |
| RICHARD W. NORTHCUTT, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-0039 WBS |
| Plaintiff, | |
| v. | |
| YAMA MARIFAT, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-0090 WBS |
| Plaintiff, | |
| v. | |
| GREGORY L. JACKSON, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No: 2:11-CR-0291 WBS |
| Plaintiff, | |
| v. | |
| WALTER DANIEL OLMSTEAD, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>ROBERT ROSE,<br><br>        Defendant. | NO. 2:11-CR-0292 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>KENNETH A. SWANGER,<br><br>        Defendant. | No. 2:11-CR-0492 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>WILEY C. CHANDLER,<br>ANTHONY B. JOACHIM<br><br>        Defendants. | No. 2:11-CR-511 WBS |

The above-entitled cases are currently set for status hearings on **April 6, 2015.**

The related case, United States v. Katakis, et al., Cr. No. S-11-511 WBS, went to trial on February 4, 2014.  Several of the above-named defendants testified at that trial.  On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice.  The jury could not reach a verdict on the conspiracy to commit mail fraud count.

3
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

Katakis moved for a judgment of acquittal on the obstruction count.  The Court granted the motion on May 9, 2014.  On June 6, 2014, the government filed a notice of appeal.  Four days earlier, on June 2, Katakis had moved for a new trial on the bid-rigging count.  Parker joined that motion.  On June 10, 2014, the Court stayed all proceedings pending receipt of an order of remand from the Court of Appeals.  Appellate briefing has been completed and the case has been set for oral argument on May 15, 2015.

Katakis's and Parker's motions for a new trial are stayed until the appellate issue is resolved.  If those new trial motions are granted, the co-conspirators in the above-named cases may be called as trial witnesses. The government will not be able to fully determine its sentencing recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, Chandler, and Joachim until after all trials in the related cases have been completed.

Therefore, per agreement with defense counsel, it is respectfully requested that the existing status conference be continued to **September 14, 2015** at 9:30 a.m.  The United States Probation Office is in accord with this approach.  It is anticipated that at that time, the parties will be in a better position to request dates for

\\
\\
\\
\\

4
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1 judgment and sentencing and disclosure schedules for presentence
2 reports.
3
4 Dated: March 24, 2015                    Respectfully submitted,
5
                                          /s/ Anna Tryon Pletcher
6                                         Anna Tryon Pletcher
                                          Tai S. Milder
7                                         May Lee Heye
                                          Kelsey C. Linnett
8                                         Trial Attorneys
                                          U.S. Department of Justice
9                                         Antitrust Division
10
                                          /s/ Michael S. Thorman *
11                                        MICHAEL S. THORMAN
                                          Counsel for Anthony Ghio
12
13                                        /s/ Kresta Nora Daly *
                                          KRESTA NORA DALY
14                                        Counsel for Theodore B. Hutz
15
                                          /s/ Christopher H. Wing *
16                                        CHRISTOPHER H. WING
                                          Counsel for John R. Vanzetti
17
18                                        /s/ Doron Weinberg *
                                          DORON WEINBERG
19                                        Counsel for Richard W.
                                          Northcutt
20
21                                        /s/ Richard Tamor *
                                          RICHARD TAMOR
22                                        Counsel for Yama Marifat
23
                                          /s/ Donald H. Heller *
24                                        DONALD H. HELLER
                                          Counsel for Gregory L.
25                                        Jackson
26                                        /s/ Carl M. Faller *
                                          CARL M. FALLER
27                                        Counsel for Walter Daniel
                                          Olmstead
28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

/s/ Ismail Ramsey *
ISMAIL RAMSEY
Counsel for Robert Rose

/s/ William J. Portanova *
WILLIAM J. PORTANOVA
Counsel for Kenneth A. Swanger

/s/ Jeffrey L. Bornstein *
JEFFREY L. BORNSTEIN
Counsel for Wiley C. Chandler

/s/ Thomas A. Johnson *
THOMAS A. JOHNSON
Counsel for Anthony B. Joachim

* Signed with permission.

ORDER

For the reasons stated above, the Court continues the status conference for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, and Kenneth A. Swanger from **April 6, 2014** to **September 14, 2015 at 9:30 a.m.**

IT IS SO ORDERED.

Dated:  March 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**