1  ANNA TRYON PLETCHER (Cal. Bar No. 239730)
   TAI S. MILDER (Cal. Bar No. 267070)
2  MAY LEE HEYE (Cal. Bar No. 209366)
   KELSEY C. LINNETT (Cal. Bar No. 274547)
3  Trial Attorneys
   U.S. Department of Justice
4  Antitrust Division
   450 Golden Gate Avenue, Room 10-0101
5  San Francisco, California 94102-3478
   Telephone: (415) 934-5300
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,        No. 2:10-CR-0144 WBS

12              Plaintiff,
          v.
13
   ANTHONY B. GHIO,
14
15              Defendant.

16 ─────────────────────────────

17 UNITED STATES OF AMERICA,        No. 2:10-CR-0238 WBS

18              Plaintiff,
          v.
19
   THEODORE B. HUTZ,
20
21              Defendant.

22 ─────────────────────────────

23 UNITED STATES OF AMERICA,        NO. 2:10-CR-0239 WBS

24              Plaintiff,
          v.
25
   JOHN R. VANZETTI,
26
27              Defendant.

28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

```
1   UNITED STATES OF AMERICA,        NO. 2:11-CR-0038 WBS

2                   Plaintiff,

3             v.

4   RICHARD W. NORTHCUTT,

5                   Defendant.
    _____
6
    UNITED STATES OF AMERICA,        No. 2:11-CR-0039 WBS
7
8                   Plaintiff,

9             v.

10  YAMA MARIFAT,

11                  Defendant.
    _____
12
13  UNITED STATES OF AMERICA,        No. 2:11-CR-0090 WBS

14                  Plaintiff,

15            v.

16  GREGORY L. JACKSON,

17                  Defendant.
    _____
18

19  UNITED STATES OF AMERICA,        No: 2:11-CR-0291 WBS

20                  Plaintiff,

21            v.

22

23  WALTER DANIEL OLMSTEAD,

24                  Defendant.

25

26

27

28
```

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0292 WBS |
| Plaintiff, | |
| v. | |
| ROBERT ROSE, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0492 WBS |
| Plaintiff, | |
| v. | |
| KENNETH A. SWANGER, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-511 WBS |
| Plaintiff, | |
| v. | |
| WILEY C. CHANDLER,<br>ANTHONY B. JOACHIM | |
| Defendants. | |

    The above-entitled cases are currently set for status
hearings on **September 14, 2015.**

    The related case, United States v. Katakis, et al., Cr. No.
2:11-511 WBS, went to trial on February 4, 2014.  Several of the
above-named defendants testified at that trial.  On March 11,
2014, a jury returned guilty verdicts against Andrew Katakis and
Donald Parker for bid rigging and Katakis for obstruction of
justice.  The jury could not reach a verdict on the conspiracy
to commit mail fraud count.

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1    Katakis moved for a judgment of acquittal on the

2 obstruction count.  The Court granted the motion on May 9, 2014.

3 On June 6, 2014, the government filed a notice of appeal.  Four

4 days earlier, on June 2, Katakis had moved for a new trial on

5 the bid-rigging count.  Parker joined that motion.  On June 10,

6 2014, the Court stayed all proceedings pending receipt of an

7 order of remand from the Court of Appeals.  On August 31, 2015,

8 the Ninth Circuit affirmed the Court's order granting Katakis a

9 judgment of acquittal.

10    The outstanding motions for a new trial remain to be

11 resolved.  If those motions are granted, the co-conspirators in

12 the above-named cases may be called as trial witnesses.  The

13 government will not be able to fully determine its sentencing

14 recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt,

15 Marifat, Jackson, Olmstead, Rose, Swanger, Chandler, and Joachim

16 until after all trials in the related cases have been completed.

17    Therefore, per agreement with defense counsel, it is

18 respectfully requested that the existing status conference be

19 continued to **January 11, 2016** at 9:30 a.m.  The United States

20 Probation Office is in accord with this approach.  It is

21 anticipated that at that time, the parties will be in a better

22 \\

23 \\

24 \\

25 \\

26 \\

27 \\

28

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

position to request dates for judgment and sentencing and
disclosure schedules for presentence reports.


Dated: September 3, 2015            Respectfully submitted,


                                    /s/ Anna Tryon Pletcher
                                    Anna Tryon Pletcher
                                    Tai S. Milder
                                    May Lee Heye
                                    Kelsey C. Linnett
                                    Trial Attorneys
                                    U.S. Department of Justice
                                    Antitrust Division

                                    /s/ Michael S. Thorman *
                                    MICHAEL S. THORMAN
                                    Counsel for Anthony Ghio

                                    /s/ Kresta Nora Daly *
                                    KRESTA NORA DALY
                                    Counsel for Theodore B. Hutz

                                    /s/ Christopher H. Wing *
                                    CHRISTOPHER H. WING
                                    Counsel for John R. Vanzetti

                                    /s/ Doron Weinberg *
                                    DORON WEINBERG
                                    Counsel for Richard W.
                                    Northcutt

                                    /s/ Richard Tamor *
                                    RICHARD TAMOR
                                    Counsel for Yama Marifat

                                    /s/ Donald H. Heller *
                                    DONALD H. HELLER
                                    Counsel for Gregory L.
                                    Jackson

                                    /s/ Carl M. Faller *
                                    CARL M. FALLER
                                    Counsel for Walter Daniel
                                    Olmstead

5

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

```
                              /s/ Ismail Ramsey *
                              ISMAIL RAMSEY
                              Counsel for Robert Rose

                              /s/ William J. Portanova *
                              WILLIAM J. PORTANOVA
                              Counsel for Kenneth A.
                              Swanger

                              /s/ Jeffrey L. Bornstein *
                              JEFFREY L. BORNSTEIN
                              Counsel for Wiley C. Chandler

                              /s/ Thomas A. Johnson *
                              THOMAS A. JOHNSON
                              Counsel for Anthony B.
                              Joachim
```

* Signed with permission.


                              ORDER

     For the reasons stated above, the Court continues the
status conference for defendants Anthony B. Ghio, Theodore B.
Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat,
Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth
A. Swanger, Wiley C. Chandler, and Anthony B. Joachim from
**September 14, 2015** to **January 11, 2016 at 9:30 a.m.**


     IT IS SO ORDERED.

Dated:   September 3, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES