ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>ANTHONY B. GHIO,<br><br>        Defendant. | No. 2:10-CR-0144 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>THEODORE B. HUTZ,<br><br>        Defendant. | No. 2:10-CR-0238 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>JOHN R. VANZETTI,<br><br>        Defendant. | No. 2:10-CR-0239 WBS |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | |
| 2 | Plaintiff, | No. 2:11-CR-0038 WBS |
| 3 | v. | |
| 4 | RICHARD W. NORTHCUTT, | |
| 5 | Defendant. | |
| 6 | | |
| 7 | UNITED STATES OF AMERICA, | |
| 8 | Plaintiff, | No. 2:11-CR-0039 WBS |
| 9 | v. | |
| 10 | YAMA MARIFAT, | |
| 11 | Defendant. | |
| 12 | | |
| 13 | UNITED STATES OF AMERICA, | |
| 14 | Plaintiff, | No. 2:11-CR-0090 WBS |
| 15 | v. | |
| 16 | GREGORY L. JACKSON, | |
| 17 | Defendant. | |
| 18 | | |
| 19 | UNITED STATES OF AMERICA, | |
| 20 | Plaintiff, | No: 2:11-CR-0291 WBS |
| 21 | v. | |
| 22 | WALTER DANIEL OLMSTEAD, | |
| 23 | Defendant. | |

26  //
27  //
28  //

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ROBERT ROSE,<br>　　　　　　Defendant. | No. 2:11-CR-0292 WBS |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>KENNETH A. SWANGER,<br>　　　　　　Defendant. | No. 2:11-CR-0492 WBS |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>WILEY C. CHANDLER,<br>ANTHONY B. JOACHIM<br>　　　　　　Defendants. | No. 2:11-CR-511 WBS |

The above-entitled cases are currently set for a status hearing on **January 11, 2016.**

The related case, United States v. Katakis, et al., Cr. No. S-11-511 WBS, went to trial on February 4, 2014. Several of the above-named defendants testified at that trial. On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice. The jury could not reach a verdict on the conspiracy to commit mail fraud count.

Katakis moved for a judgment of acquittal on the obstruction count. The Court granted the motion on May 9, 2014. On June 6, 2014, the government filed a notice of appeal. Four days earlier, on June 2, Katakis had moved for a new trial on the bid-rigging count. Parker

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

1  joined that motion.  On June 10, 2014, the Court stayed all proceedings pending receipt of an
2  order of remand from the Court of Appeals.  On August 31, 2015, the Ninth Circuit affirmed the
3  Court's order granting Katakis a judgment of acquittal.
4       On October 1, 2015, Katakis and Parker filed amended motions for a new trial.  Those
5  motions remain to be resolved.  If they are granted, the co-conspirators in the above-named cases
6  may be called as trial witnesses.  The government will not be able to fully determine its
7  sentencing recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson,
8  Olmstead, Rose, Swanger, Chandler, and Joachim until after all trials in the related cases have
9  been completed.
10       Therefore, per agreement with defense counsel, it is respectfully requested that the
11  existing status conference be continued to **April 4, 2016** at 9:00 a.m.  The United States
12  Probation Office is in accord with this approach.  It is anticipated that at that time, the parties
13  will be in a better position to request dates for judgment and sentencing and disclosure schedules
14  for presentence reports.

16  Dated: January 4, 2016                    Respectfully submitted,

        /s/ Anna Tryon Pletcher
        Anna Tryon Pletcher
        Tai S. Milder
        May Lee Heye
        Kelsey C. Linnett
        Trial Attorneys
        U.S. Department of Justice
        Antitrust Division

        /s/ Michael S. Thorman *
        MICHAEL S. THORMAN
        Counsel for Anthony Ghio

        /s/ Kresta Nora Daly *
        KRESTA NORA DALY
        Counsel for Theodore B. Hutz

        /s/ Christopher H. Wing *
        CHRISTOPHER H. WING
        Counsel for John R. Vanzetti

2
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

```
                              /s/ Doron Weinberg *
                              DORON WEINBERG
                              Counsel for Richard W. Northcutt

                              /s/ Richard Tamor *
                              RICHARD TAMOR
                              Counsel for Yama Marifat

                              /s/ Donald H. Heller *
                              DONALD H. HELLER
                              Counsel for Gregory L. Jackson

                              /s/ Carl M. Faller *
                              CARL M. FALLER
                              Counsel for Walter Daniel Olmstead

                              /s/ Ismail Ramsey *
                              ISMAIL RAMSEY
                              Counsel for Robert Rose

                              /s/ William J. Portanova *
                              WILLIAM J. PORTANOVA
                              Counsel for Kenneth A. Swanger

                              /s/ Edward P. Sangster *
                              EDWARD P. SANGSTER
                              Counsel for Wiley C. Chandler

                              /s/ Thomas A. Johnson *
                              THOMAS A. JOHNSON
                              Counsel for Anthony B. Joachim
```

\* Signed with permission.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

ORDER

For the reasons stated above, the Court continues the status conference for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, Wiley C. Chandler, and Anthony B. Joachim from **January 11, 2016** to **April 4, 2016 at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  January 5, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE