ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Robert Rose

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT ROSE,<br><br>　　　　Defendant. | Case No.: 2:11-CR-00292 WBS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER AMENDING JUDGMENT** |

　　　　On September 12, 2016, during the sentencing hearing in this case, the government agreed, and this Court ordered, that the Defendant Robert Rose's conviction for Conspiracy to Commit Mail Fraud, 18 U.S.C. § 1349, as charged, constituted a Class C felony.  Yet, the Judgment filed at Docket No. 57, p. 1, under "Nature of Offense," mistakenly provides that the Conspiracy to Commit Mail Fraud conviction, as charged, is a Class B felony.  The parties therefore stipulate and agree that the Judgment at Docket

57 be amended to reflect that the Conspiracy to Commit Mail Fraud conviction is a Class C felony.

SO STIPULATED AND AGREED

Dated: September 26, 2016                    Respectfully Submitted,

                                             RAMSEY & EHRLICH LLP

                                             //s//

                                             ISMAIL RAMSEY
                                             KATHARINE KATES
                                             *Attorneys for Robert Rose*


Dated: September 26, 2016                    Respectfully Submitted,


                                             //s//

                                             ANN O'BRIEN
                                             Assistant Chief, Legal Policy Section
                                             KELSEY C. LINNETT
                                             Trial Attorney
                                             U.S. Department of Justice, Antitrust Division

ORDER

It is hereby ordered that the Judgment in this case be amended to reflect that the Conspiracy to Commit Mail Fraud conviction, 18 U.S.C. § 1349, in this matter is a Class C felony.

Dated: September 28, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE